*Tuesday, November 26, 1996*

## DISCIPLINARY DOCKET

**96–433.   Mahoning Cty. Bar Assn. v. Michaels.**

IT IS ORDERED by this court, *sua sponte*, that Joseph T. Michaels, a.k.a. Joseph Thomas Michaels, Attorney Registration No. 0019397, last known address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of June 26, 1996, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before July 26, 1996.

*Monday, December 2, 1996*

## MOTION DOCKET

**96–1702.   Jackson v. Brigner.**

Montgomery App. No. 15719.   This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County.   On November 26, 1996, appellant filed a request for oral argument on the merits.   Whereas S.Ct.Prac.R. IX(2)(B) requires that a request for oral argument shall be filed no later than twenty days after the filing of appellee's brief, and appellant's request for oral argument was due November 13, 1996,

IT IS ORDERED by the court, *sua sponte*, that the request for oral argument be, and hereby is, stricken.

**96–2619.   State v. Tomkins.**

Clark App. No. 95CA0099.   This cause is pending before the court as a discretionary appeal and a claimed appeal of right.   Upon consideration of appellant's motion for stay of execution of sentence pending appeal,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

*Tuesday, December 3, 1996*

## MISCELLANEOUS DISMISSALS

**96–1031.   State v. Sutherland.**

Hamilton App. No. C–950770.   This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.   It appears from the records of this court that appellant has not filed a merit brief, due November 20, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective December 2, 1996.

**96–1591.   State ex rel. Johnson Controls v. Indus. Comm.**

Franklin App. No. 93APD09–1232.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective December 2, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.